United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 18, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-20554
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JONATHAN CHIMNEY,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-02-CR-362-1
--------------------

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM:*

     Jonathan Chimney appeals his guilty-plea conviction and

sentence imposed for conspiracy and possession of more than 50

grams of cocaine base in violation of 21 U.S.C. §§ 841 and 846.

     Chimney argues that the supervised release condition which

prohibits him from possessing dangerous weapons conflicts with

the district court's oral pronouncement of the sentence and must

be deleted.  The Sentencing Guidelines recommend that all

defendants who have been convicted of a felony be prohibited from

---

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

possessing any dangerous weapon during the term of supervised release.  U.S.S.G. § 5D1.3(d)(1).  "If the district court orally imposes a sentence without stating the conditions applicable to this period of supervision, the judgment's inclusion of conditions that are mandatory, standard, or recommended by the Sentencing Guidelines does not create a conflict with the oral pronouncement."  United States v. Torres-Aquilar, 352 F.3d 934, 938 (5th Cir. 2003).

AFFIRMED.